

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00666-CV

**IN THE MATTER OF A.K.A,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012JUV01430
The Honorable Carmen Kelsey, Judge Presiding

**O R D E R**

The State's brief was originally due to be filed with this court on February 14, 2014. On the due date, the State filed a motion for extension of time to file the brief until March 16, 2014.

The State's motion for extension of time is GRANTED. The State's brief is due to be filed with this court by March 17, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court